# COMPLAINT FORM

(for filers who are prisoners without lawyers)

(revised 4/19/2022)

**FILED**
**01/06/2023**
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE __77__ DISTRICT OF _Sullivan Indiana_
_Southern District OF Indiana_

(Full name of plaintiff(s))

_Adam L. Lee_

_Denise J. Fasig_

v.

_Duel Claim_

(Full name of defendant(s))

_Ann Smith Mischler_

_Sullivan County Indiana_

Case Number:

2:23-cv-00010-JPH-MJD

(to be supplied by clerk of court)

A. PARTIES

1. Plaintiff is a citizen of _Indiana_, and is located at
(State)

   _Sullivan County Jail_
   (Address of prison or jail)

   (If more than one plaintiff is filing, use another piece of paper).

2. Defendant _Ann Smith Mischler / Sullivan County Indiana_
   (Name)

is (if a person or private corporation) a citizen of ___Indiana___
(State, if known)

and (if a person) resides at _100 Courthouse Square (Room 103) Sullivan, Ind 47882_
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for _Sullivan County Prosecuting Attorney / Sullivan County Indiana_
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.   STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

Ann Smith Mischler and Sullivan County Indiana On 9/28/2021 Filed Charges On Me and Denise For Count 1 S-Felony Theft 35-43-4-2(a) Penalty: 35-43-4-2(a) ~~(2)(A)~~ (2)(A) Count 2 - Auto theft 6-Felony 35-43-4-2(a) Penalty 35-43-4-2(a)(1)(B)(ii) On 2/1/2022 Disposition Offence Date of 9/28/2021/ Police Report # 77A09004021 Was Dismissed By The Court Then The Next Day 2/02/2022 Filed the Same OACN/Police Report #: 77A09004021 With the Same Two Charges Again Against Denise and I That Violated Both of the Constitutional and Civil Rights. State vs Conner 45 Tenn 311 TN 1868 Nolle Posegui 45 Tenn 313 Cannot Be tried For The Same

Complaint - 2

Offence Twice For The Same Offence once In Jeperdy 5th Amendment In the Constatution 45 Tenn 315 Constatutional Provisions "NOR SHALL" Any Person be Subject For the Same Offence to be twice Put In Jeperdey Of Life or Limb weather this Phrase Amounts to Anything More than the Common Law Doctrine Involved in The Plea of Outre fais Acquit has Been very Much Doubted It is Clear the whole Doctrine Rest Apon the Principle That No Man Or Woman Shall Be Put In Peril OF Legal Penalties More than Once Upon the Same Acusation 4 Black. Com., 335.) I have Already Filed A Formall Complaint Against Ann Smith Mischler For Prosecutorial Misconduct With The Indiana Supreme Court Office of Judicial Administration Disciplinary Commision Adrienne Meiring, Executive Director Phone # 317-232-1807 Mailing Address 251 N Illinois Street Suite 1650 Indianapolis 46204 And Requested A Formall Investigation Against Ann Smith Mischler and Sullivan County She Sent the Public Defender to Coerse Me Into Sighning A Plea And Stated The State Is Useing Denise As Leverage In Order to get me To Take There Plea The Attorney Works For Her Please Help Us.

C.     JURISDICTION

☑ I am suing for a violation of federal law under 28 U.S.C. § 1331.
                   OR

☑ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is
$ 250,000 . Thousand A Peice

D.     RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

I Would Like To See Her Removed From Her Position So She Can't Keep doing this Not only to Me and Denise But All The outher People She has done this To. And Im Asking For $250.000 Thousand A Peice For Denise and I For Pain and Suffering Wrongful Incarseration Mental and Emotional Anguish, Defamation of Carcture and Slandering US Both

E.   JURY DEMAND

☑ Jury Demand – I want a jury to hear my case

OR

☐ Court Trial – I want a judge to hear my case

Dated this __30__ day of __December__ 20_02_.

Respectfully Submitted,

___Adam L. Lee___
Signature of Plaintiff

___101626___
Plaintiff's Prisoner ID Number

C/o
Colton Wood ⟷ Home
Nephew
               Jail

___1514 Hyview DR. Casper Wyoming 82604___
___24 South State Street Sullivan Ind 47882___
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

F.   OPTIONAL CERTIFICATION

Under penalty of perjury, I declare that the facts alleged in this complaint are true and correct to the best of my knowledge and belief.

___Adam L Lee___
Signature of Plaintiff

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE**

**FILING FEE**

[✓]  I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

[ ]  I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Thank You For Your Help with This Matter I am Now Going To Ask For Two more Things Can you Assighn A Compatent Civil Attorney To Represent Us In This matter And Can you make Sure that We get Copies OF All OF This Becouse when I Asked the Jail To Make Copies They looked AT The paperwork And Refused To Make Me Anymore Copies OF Legal Mail.

Respectfuly
Adam L. Lee