UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| ADAM L. LEE, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:23-cv-00010-JPH-MJD |
| | ) | |
| ANN SMITH MISCHLER, | ) | |
| SULLIVAN COUNTY INDIANA, | ) | |
| | ) | |
| Defendants. | ) | |

**FINAL JUDGMENT UNDER FEDERAL RULE OF CIVIL PROCEDURE 58**

Having this day directed the entry of final judgment, the Court now

enters **FINAL JUDGMENT** in favor of Defendants and against Plaintiff. This

action is dismissed with prejudice.

Date: 4/10/2023

_James Patrick Hanlon_
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _Pam Pope_____

Deputy Clerk, U.S. District Court

Distribution:

ADAM L. LEE
24 South State Street
Sullivan, IN 47882